**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

**BASIL WAI FUNG, individually and on behalf of all others similarly situated,**

**Case No.:** 3:25-cv-00878

*Plaintiff*

**v.**

**BOOSTIFY FINANCIAL SOLUTIONS, LLC**

*Defendant.*

## NOTICE OF DISMISSAL

The plaintiff files the notice of dismissal pursuant to Fed. R. Civ. P. 41(a) without prejudice.

Date: January 21, 2026

Counsel for Plaintiff:

*s/ Anthony I. Paronich*

Anthony I. Paronich, *Pro Hac Vice*
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com